**Fill in this information to identify the case:**

Debtor 1 __GLORIA WALLACE_____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the:  Western District of Tennessee

Case number  18-20755_____

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** 1900 Capital Trust I, by U.S. Bank Trust National Association, not in its individual capacity but solely as Certificate Trustee

**Court claim no.** (if known): 14

**Last 4 digits** of any number you use to identify the debtor's account:  6  4  2  0

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No

☐ Yes.  Date of the last notice: _____

## Part 1:  Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | | (3) | $ _____ |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ _____ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | 02/02/2018 $11, 03/21/2018 $13 | (7) | $   24.00 |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ _____ |
| 11. Other. Specify:_____ | | (11) | $ _____ |
| 12. Other. Specify:_____ | | (12) | $ _____ |
| 13. Other. Specify:_____ | | (13) | $ _____ |
| 14. Other. Specify:_____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2        **Notice of Postpetition Mortgage Fees, Expenses, and Charges**        page 1

Debtor 1 __GLORIA WALLACE_____  Case number (*if known*) 18-20755_____
      First Name   Middle Name   Last Name

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Dipika Parmar_____    Date  04/24/2018___
  Signature

Print:  Dipika Parmar_____    Title  Claims Processor___
    First Name  Middle Name  Last Name

Company:  AIS Portfolio Services, LP_____

Address:  P.O. Box 201347_____
  Number  Street
Arlington      TX    76006
City      State    ZIP Code

Contact phone  888-455-6662_____    Email _____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE Western DISTRICT OF Tennessee
MEMPHIS Division

IN RE:                                                                 Judge:   Paulette J. Delk
                                                                       Case No. 18-20755

Case Name: Gloria Wallace

   Debtor(s).

### NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES AND CHARGES

PLEASE BE ADVISED that on 04/24/2018 (the "Notice Date"), pursuant to Federal Rule of Bankruptcy Procedure 3002.1(c) (the "Bankruptcy Rules"), 1900 Capital Trust I, by U.S. Bank Trust National Association, not in its individual capacity but solely as Certificate Trustee  filed a Notice of Postpetition Mortgage Fees, Expenses and Charges (the "Notice") on the Bankruptcy Court's Claims Register, supplementing 1900 Capital Trust I, by U.S. Bank Trust National Association, not in its individual capacity but solely as Certificate Trustee's previously filed proof of claim. The Notice was filed within 180 days after the date on which the fees, expenses and/or charges were incurred by Gloria Wallace. A copy of the Notice is attached hereto.

The filing of this Notice, via the Court's Electronic Filing system, constitutes service upon the Chapter 13 Trustee and counsel for the Debtor(s), pursuant to Bankruptcy Rule 3002.1 and all applicable Bankruptcy Rules. Further, a copy of the Notice was served upon the Debtor(s) on the Notice Date, at the address listed below, via Electronic Notice or by First Class U.S. Mail, postage prepaid, within 180 days after the date on which the fees, expenses and/or charges were incurred by Gloria Wallace.

Gloria Wallace
3567 BRUTON PL
MEMPHIS,TN 38135

 Date: 04/24/2018

                                                    By: /s/ Dipika Parmar
                                                        Dipika Parmar, Claims Processor
                                                        P.O. Box 165028
                                                        Irving, TX 75016
                                                        (817) 277-2011 Office
                                                        (888) 455-6662 Toll Free
                                                        (817) 461-8070 Fax
                                                        Authorized Agent for Shellpoint Mortgage Servicing

**DEBTOR ATTORNEY:**
JOSEPH S OZMENT
ATTORNEY AT LAW
212 ADAMS
MEMPHIS,TN 38103

**TRUSTEE:**
GEORGE W STEVENSON
Trustee of the U.S. Bankruptcy Court
5350 POPLAR AVENUE SUITE 500
MEMPHIS,TN 38119